## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## SOUTHERN DIVISION

DISH NETWORK L.L.C.,      )

         )    Case No. 8:17-cv-03817-TDC

      Plaintiff,   )

    v.         )

         )

DIMA FURNITURE INC. et al.,   )

         )

      Defendants.   )

         )

### Final Judgment and Permanent Injunction

Having considered the Stipulation for Entry of Final Judgment and Permanent Injunction filed by Plaintiff DISH Network L.L.C ("DISH") and Defendants Dima Furniture Inc. and Mohammad Yusif ("Defendants"), and good cause appearing, the Court approves the stipulation and ORDERS as follows:

1.    Judgment is entered for DISH on Count II of the First Amended Complaint (Dkt. 17), which alleges Defendants contributorily infringed DISH's copyrights in violation of the Copyright Act and 17 U.S.C. § 501.

2.    DISH is awarded damages of $600,000 jointly and severally against Defendants pursuant to 17 U.S.C. § 504(c).

3.    For purposes of this order, "Protected Channels" means Al Arabiya, Al Hayah 1, Al Jazeera Arabic News, Al Jazeera Mubasher, Al Nahar, Al Nahar Drama, Al Nahar Sport, ART Cinema, Dream 2, Future TV, Hekayat, Iqraa, LBC, LDC, MBC1, MBC Drama, MBC Kids (a/k/a MBC3), MBC Masr, Murr TV (aka MTV Lebanon), NBN, New TV (a/k/a Al Jadeed), Noursat, ONTV, and OTV.

4.     Defendants and any of their officers, agents, servants, employees, attorneys, or other persons acting in active concert or participation with any of the foregoing that receives actual notice of this order, are hereby permanently enjoined from:

a.     reproducing, copying, transmitting, streaming, distributing, or publicly performing in the United States, by means of any device or process, any of the Protected Channels or any of the programming that comprises or appears on the Protected Channels;

b.     distributing, providing, or promoting any product, or service, including Spider-TV set-top boxes and service plans, that comprises the whole or part of a network or service for reproducing, copying, transmitting, streaming, distributing, or publicly performing any of the Protected Channels or any of the programming that comprises or appears on any of the Protected Channels;

c.     otherwise infringing DISH's rights in any of the Protected Channels, either directly, contributorily, vicariously, or in any other manner.

5.     This permanent injunction takes effect immediately.

6.     Each party is to bear its own attorney's fees and costs.

7.     The Court retains jurisdiction over this action for the purpose of DISH's claims against co-defendant Tareq Hasweh and enforcing this Order.

It is so ordered.

SIGNED on _____*May 22*_____, 2018

_____
THEODORE D. CHUANG
United States District Judge

2