**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| DISH NETWORK L.L.C., </br></br> Plaintiff, </br> v. </br></br> DIMA FURNITURE INC. et al., </br></br> Defendants. | Case No. 8:17-cv-03817-TDC |

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE FOREIGN DEFENDANT TAREQ HASWEH

Having considered Plaintiff DISH Network L.L.C's motion for extension of time to serve foreign Defendant Tareq Hasweh, and good cause appearing, the Court GRANTS the motion and ORDERS that:

DISH Network L.L.C. has an additional 90-days, or until November 29, 2018, in order to effectuate service of process on Tareq Hasweh.

It is so ORDERED.

SIGNED on this 5th day of September, 2018.



Hon. Theodore D. Chuang
United States District Judge