AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  8:17-cv-03817

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Tareq Hasweh

was received by me on *(date)*   8/1/2018

☑ I personally served the summons on the individual at *(place)*   ARAKASAT, Prs. Tharwat St., 8th Circle

Amman, Jordan                                              on *(date)* August 28, 2018; 7:15pm; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date:   09 SEP 2018                              _____
                                                                                     *Server's signature*

SUBSCRIBED AND SWORN TO BEFORE ME BY        Abdulrazaq Al-Adham
Abdul...Razaq Fahmi Aladham                                  *Printed name and title*
THIS...1...DAY OF Sep 20.. AT AMMAN-JORDAN
SIGNED:................VICE CONSU

                                                             Prince Mohammed St., Marj Alhamam Amman Jordan
**Desdemona B Penascino**                                          *Server's address*
Vice Consul

Additional information regarding attempted service, etc:
Documents: Summons Issued as to Tareq Hasweh; First Amended Complaint.
Process server Abdulrazaq Al-Adham personally served Tareq Hasweh on August 28, 2018 at 7:15 pm, at
the address: ARAKASAT, Prs. Tharwat St., 8th Circle, Amman, Jordan .
Description of person acceptings service:
Height: 180cm  Weight: 80-85kg . Black hair, 35-40 year old male.