UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

DISH NETWORK, L.L.C.,

   Plaintiff,

v.

DIMA FURNITURE INC., *d/b/a Spider-TV*,
MOHAMMAD YUSIF,
*individually and d/b/a Spider-TV* and
TAREQ HASWEH,
*individually and d/b/a Spider-TV*,

   Defendants.

Civil Action No. TDC-17-3817

**ORDER**

On September 21, 2018, Plaintiff DISH Network L.L.C. ("DISH") filed a Notice of Intent to file a Motion for Clerk's Entry of Default against Defendant Tareq Hasweh. ECF No. 29. As of this time, Hasweh has not entered an appearance in this action, nor has he responded to the Complaint or requested additional time to do so. As such, the Court finds no pre-motion conference is necessary.

Accordingly, DISH is hereby GRANTED leave to file the proposed Motion.

Date: September 27, 2018

THEODORE D. CHUANG
United States District Judge