# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

DISH NETWORK, LLC,

    **Plaintiff**

    v.

TAREQ HASWEH

    **Defendants**

Civil Action No.: TDC-17-3817

## ORDER OF DEFAULT

It appearing from the records and/or affidavit of plaintiff that the summons and Complaint were properly served upon the above named Defendant, Tareq Hasweh, on August 28, 2018, that the time for said Defendant to plead or otherwise defend expired on September 18, 2018, and that said Defendant has failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

**ORDERED**, that default for want of answer or other defense by Defendants are entered this 10th day of October, 2018.

                                                FELICIA C. CANNON, CLERK

                                By:    /s/
                                                Kelly Saah
                                                Deputy Clerk